# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, an agency of the United States,<br><br>Defendant. | NO. 2:21-cv-00565-RSL<br><br>STIPULATED BRIEFING SCHEDULE ON PLAINTIFF STATE OF WASHINGTON'S MOTION FOR SUMMARY JUDGMENT |

To accommodate an urgent situation of defense counsel, Plaintiff State of Washington has re-noted its pending Motion for Summary Judgment for October 1, 2021. The parties jointly agree and stipulate that Defendant United States National Archives and Records Administration (NARA) will file its response to the pending Motion for Summary Judgment by no later than September 22, 2021 and Plaintiff State of Washington will file its reply by no later than October 1, 2021.

STIPULATED BRIEFING SCHEDULE ON PLAINTIFF STATE OF WASHINGTON'S MOTION FOR SUMMARY JUDGMENT NO. 2:21-cv-00565-RSL

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

DATED this 14th day of September 2021.

| | |
|---|---|
| TESSA M. GORMAN<br>Acting United States Attorney | ROBERT W. FERGUSON<br>Attorney General |
| */s/ Katie D. Fairchild*<br>KATIE D. FAIRCHILD, WSBA #47712<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-4358<br>Fax: 206-553-4067<br>Email: katie.fairchild@usdoj.gov | */s/ Lauryn K. Fraas*<br>LAURYN K. FRAAS, WSBA #53238<br>NATHAN K. BAYS, WSBA #43025<br>Assistant Attorneys General<br>Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206)464-7744<br>Lauryn.Fraas@atg.wa.gov<br>NathanBays@atg.wa.gov |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

STIPULATED BRIEFING SCHEDULE
ON PLAINTIFF STATE OF
WASHINGTON'S MOTION FOR
SUMMARY JUDGMENT
NO. 2:21-cv-00565-RSL

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## ORDER

**IT IS SO ORDERED**. The Clerk of Court is directed to renote the pending Motion for Summary Judgment for October 1, 2021.

Dated this 15th day of September, 2021.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

STIPULATED BRIEFING SCHEDULE
ON PLAINTIFF STATE OF
WASHINGTON'S MOTION FOR
SUMMARY JUDGMENT
NO. 2:21-cv-00565-RSL

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744