1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| STATE OF WASHINGTON,<br><br>Plaintiff(s),<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>Defendant(s). | CASE NO. 2:21-cv-00564-TL<br><br>MINUTE ORDER CONSOLIDATING PROCEEDINGS AND ADOPTING DISPOSITIVE MOTION BRIEFING SCHEDULE |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED STATES NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>Defendant(s). | CASE NO. 2:21-CV-00565-TL |

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                    Plaintiff(s),<br><br>        v.<br><br>PUBLIC BUILDINGS REFORM BOARD,<br><br>                    Defendant(s). | CASE NO. 2:21-cv-00566-TL |
| STATE OF WASHINGTON,<br><br>                    Plaintiff(s),<br><br>        v.<br><br>US GENERAL SERVICES<br>ADMINISTRATION,<br><br>                    Defendant(s). | CASE NO. 2:21-cv-00794-TL |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) As stipulated by the Parties,[1] and to conserve time and resources, the Court ORDERS that all further proceedings in *State of Washington v. Office of Management and Budget*, No. 2:21-cv-00564-TL; *State of Washington v. U.S. National Archives and Records Administration*, No. 2:21-cv-00565-TL; *State of Washington v. Public Buildings Reform Board*, No. 2:21-cv-00566-TL; and *State of Washington v. U.S. General Services Administration*, No. 2:21-cv-00794-TL, will be heard on a consolidated basis. *See* Fed. R. Civ. Proc. 42, LCR 42. All future filings in these cases

---

[1] *See State of Washington v. Office of Management and Budget*, No. 2:21-cv-00564-TL, Dkt. No. 38; *State of Washington v. U.S. National Archives and Records Administration*, No. 2:21-cv-00565-TL, Dkt. No. 33; *State of Washington v. Public Buildings Reform Board*, No. 2:21-cv-00566-TL, Dkt. No. 34; and *State of Washington v. U.S. General Services Administration*, No. 2:21-cv-00794-TL, Dkt. No. 35.

1  shall bear a consolidated case caption as demonstrated above, shall be filed

2  electronically in each of the four cases, and must indicate whether the filing applies to

3  all cases or specify the applicable cases.

4  (2) The Court adopts the Parties' proposed consolidated dispositive motion briefing

5  schedule as follows:

6  (a) Defendants shall file a consolidated dispositive motion by **no later than**

7  **August 29, 2022**. The Defendants' consolidated motion shall not exceed

8  **40 pages**.

9  (b) Plaintiff shall file a consolidated response in opposition and dispositive

10  cross-motion, not to exceed **40 pages**, by **no later than September 19, 2022**.

11  (c) Defendants shall file a consolidated reply in support of their motion and response

12  in opposition to Plaintiff's cross-motion, not to exceed **40 pages**, by **no later than**

13  **October 10, 2022**.

14  (d) Plaintiff shall file a reply in support of its cross-motion, not to exceed **20 pages**,

15  by **no later than October 21, 2022**.

16  (3) The above deadlines and page limits may only be amended by order of the Court.

17  (4) The Clerk is directed to file a copy of this Minute Order in Case Nos. 2:21-cv-00564-

18  TL, 2:21-cv-00565-TL, 2:21-cv-00566-TL, and 2:21-cv-00794-TL.

19  Dated this 6th day of July 2022.

20

21  Ravi Subramanian
   Clerk of the Court

22  s/ Kadya Peter

23  Deputy Clerk

24