1

2

3

4

5

6

7

8

The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>Defendant. | Case No. 2:21-cv-00564-TL<br><br>STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE BRIEFING SCHEDULE<br><br>**Noted on Motion Calendar: November 4, 2022** |
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES NATIONAL ARCHIVES ANDRECORDS ADMINSTRATION,<br><br>Defendant. | Case No. 2:21-cv-00565-TL |

STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE BRIEFING
SCHEDULE
Case Nos. 2:21-cv-00564-TL, 2:21-cv-00565-TL, 2:21-cv-00566-TL, 2:21-cv-
00794-TL - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

STATE OF WASHINGTON,

        Plaintiff,

    v.

PUBLIC BUILDINGS REFORM BOARD,

        Defendant.

Case No. 2:21-cv-00566-TL

---

STATE OF WASHINGTON,

        Plaintiff,

    v.

U.S. GENERAL SERVICES
ADMINISTRATION,

        Defendant.

Case No. 2:21-cv-00794-TL

---

## **JOINT STIPULATION**

Pursuant to Judge Lin's Standing Order for All Civil Cases, the Parties have agreed to move the following dispositive motion deadlines as set forth in the Court's August 19, 2022 Order (Dkt. 36) by 60 days:

| **Deadline** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Defendants' Consolidated Dispositive Motion | November 10, 2022 | January 9, 2023 |
| Plaintiff's Consolidated Response in Opposition and Dispositive Cross-Motion | December 2, 2022 | February 6, 2023 |
| Defendants' Consolidated Reply in Support of Their Motion and Response in Opposition to Plaintiff's Cross-Motion | December 22, 2022 | February 27, 2023 |
| Plaintiff's Reply in Support of its Cross-Motion | January 5, 2023 | March 10, 2023 |

STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE BRIEFING SCHEDULE
Case Nos. 2:21-cv-00564-TL, 2:21-cv-00565-TL, 2:21-cv-00566-TL, 2:21-cv-00794-TL - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1    **SO STIPULATED**.

2    Dated this 4th day of November, 2022.

3                            ROBERT W. FERGUSON
                            Attorney General
4
                            *s/ Brian H. Rowe*
5                           BRIAN H. ROWE, WSBA #56817
                            LAURYN K. FRAAS, WSBA #53238
6                           Assistant Attorneys General
                            Office of the Attorney General
7                           800 Fifth Avenue, Suite 2000
                            Seattle, Washington 98104
8                           Phone: (206) 464-7744
                            Email: Brian.Rowe@atg.wa.gov
9                           Email: Lauryn.Fraas@atg.wa.gov

10                          *Attorneys for Plaintiff State of Washington*

11
     **SO STIPULATED**.
12
     Dated this 4th day of November, 2022.
13
                            NICHOLAS W. BROWN
14                          United States Attorney

15                          *s/ Nickolas Bohl*
                            NICKOLAS BOHL, WSBA #48978
16                          KATIE D. FAIRCHILD, WSBA #47712
                            Assistant United States Attorneys
17                          United States Attorney's Office
                            700 Stewart Street, Suite 5220
18                          Seattle, Washington 98101-1271
                            Phone: 206-553-7970
19                          Fax: 206-553-4067
                            Email: nickolas.bohl@usdoj.gov
20                          Email: katie.fairchild@usdoj.gov

21                          *Attorneys for Defendants*

22

23

24

STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE BRIEFING          **UNITED STATES ATTORNEY**
SCHEDULE                                                         700 Stewart Street, Suite 5220
Case Nos. 2:21-cv-00564-TL, 2:21-cv-00565-TL, 2:21-cv-00566-TL, 2:21-cv-     Seattle, Washington 98101-1271
00794-TL - 3                                                     206-553-7970

1

## <u>ORDER</u>

2

**IT IS SO ORDERED.**

3

4

DATED this <u>4th</u> day of <u>November</u> 2022.

5

6

7

_____

Tana Lin

8

United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE BRIEFING
SCHEDULE
Case Nos. 2:21-cv-00564-TL, 2:21-cv-00565-TL, 2:21-cv-00566-TL, 2:21-cv-
00794-TL - 4

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970