The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>               Plaintiff,<br><br>  v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>               Defendant. | Case No. 2:21-cv-00564-TL<br><br>STIPULATED MOTION FOR DISMISSAL<br><br>**Noted on Motion Calendar:<br>February 9, 2023** |
| STATE OF WASHINGTON,<br><br>               Plaintiff,<br><br>  v.<br><br>UNITED STATES NATIONAL ARCHIVES ANDRECORDS ADMINSTRATION,<br><br>               Defendant. | Case No. 2:21-cv-00565-TL |

STIPULATED MOTION FOR DISMISSAL
Case Nos. 2:21-cv-00564-TL, 2:21-cv-00565-TL, 2:21-cv-00566-TL, 2:21-cv-00794-TL - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

| | |
|---|---|
| STATE OF WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> PUBLIC BUILDINGS REFORM BOARD, <br><br> Defendant. | Case No. 2:21-cv-00566-TL |
| STATE OF WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> U.S. GENERAL SERVICES ADMINISTRATION, <br><br> Defendant. | Case No. 2:21-cv-00794-TL |

The above-captioned action having been settled, the parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal with prejudice of this case.

//
//
//
//
//
//
//
//

STIPULATED MOTION FOR DISMISSAL
Case Nos. 2:21-cv-00564-TL, 2:21-cv-00565-TL, 2:21-cv-00566-TL, 2:21-cv-00794-TL - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**SO STIPULATED**.

Dated this 9th day of February, 2023.

> ROBERT W. FERGUSON
> Attorney General
>
> *s/ Brian H. Rowe*
> BRIAN H. ROWE, WSBA #56817
> LAURYN K. FRAAS, WSBA #53238
> Assistant Attorneys General
> Office of the Attorney General
> 800 Fifth Avenue, Suite 2000
> Seattle, Washington 98104
> Phone: (206) 464-7744
> Email: Brian.Rowe@atg.wa.gov
> Email: Lauryn.Fraas@atg.wa.gov
>
> *Attorneys for Plaintiff State of Washington*
>
> NICHOLAS W. BROWN
> United States Attorney
>
> *s/ Katie D. Fairchild*
> NICKOLAS BOHL, WSBA #48978
> KATIE D. FAIRCHILD, WSBA #47712
> Assistant United States Attorneys
> United States Attorney's Office
> 700 Stewart Street, Suite 5220
> Seattle, Washington 98101-1271
> Phone: 206-553-7970
> Fax: 206-553-4067
> Email: nickolas.bohl@usdoj.gov
> Email: katie.fairchild@usdoj.gov
>
> *Attorneys for Defendants*
>
> I certify that this memorandum contains 28 words, in compliance with the Local Civil Rules.

STIPULATED MOTION FOR DISMISSAL
Case Nos. 2:21-cv-00564-TL, 2:21-cv-00565-TL, 2:21-cv-00566-TL, 2:21-cv-00794-TL - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

# ORDER

**IT IS SO ORDERED.**

DATED this 14th day of February 2023.

 

Tana Lin
United States District Judge

STIPULATED MOTION FOR DISMISSAL
Case Nos. 2:21-cv-00564-TL, 2:21-cv-00565-TL, 2:21-cv-00566-TL, 2:21-cv-00794-TL - 4

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970